# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIEL JOHNSON,<br><br>    Plaintiff<br><br>    v.<br><br>JOHN WETZEL, *et al.,*<br><br>    Defendants | CIVIL ACTION NO. 3:CV-17-0364<br><br>(Judge Caputo) |

# O R D E R

**AND NOW**, this **20th** day of **MARCH 2019**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. The Defendants' Motion to Dismiss the Amended Complaint (ECF No. 50) is **GRANTED**.

2. Claims against CO Kaleta and CO Reitz concerning events at SCI-Coal Township are **DISMISSED**.

3. Claims against Secretary Wetzel, Dorina Varner, Kevin Kauffman, Lisa Hollibaugh, Debra Jadlocki, and Richard Moyer are **DISMISSED with prejudice**.

4. Plaintiff's due process claim against Lisa Clinger is **DISMISSED with prejudice**.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal from this order is deemed to be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                      /s/ A. Richard Caputo
                                                      **A. RICHARD CAPUTO**
                                                      **United States District Judge**