**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMIEL JOHNSON,** : | |
| : | |
| Plaintiff : | |
| : | **CIVIL NO. 3:17-CV-0364** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **JOHN WETZEL,** *et al.,* : | |
| : | |
| Defendants : | |

# O R D E R

**AND NOW**, this **31st** day of **MARCH 2020**, in accordance with the Memorandum issued this same day, it is **ORDERED** that:

1. Mr. Johnson's motion to alter judgment (ECF No. 63) is **DENIED**.

2. Mr. Johnson's motion to recuse jurist (ECF No. 64) is **DENIED**.

3. Mr. Johnson's motion for leave to file a second amended complaint (ECF No. 65) is **DENIED**.

4. Mr. Johnson's motion for leave to proceed *in forma pauperis* (ECF No. 66) is **DENIED** as moot.[1]

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

17-0364-01 order

---

[1] The Court previously granted Mr. Johnson leave to proceed *in forma pauperis* on May 5, 2017. (ECF No. 14.)